Order Prepared By:
**Adam D. Ford** (UTB# 11363)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>    Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, A National Banking Association, MARK G. HYDE and VICTORIA L. HYDE, Trustees of the Hyde Family Living Trust Dated July 8, 2002, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X..<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-1127<br><br>Judge Dee Benson |

This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice which was stipulated to and jointly filed by the parties on June 1, 2017 (the "Motion"). Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the action styled above is dismissed, with prejudice.

1

DATED the 15th day of June, 2017

BY THE COURT

_____
Dee Benson
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 15th day of June, 2017, I caused a true and correct copy of the foregoing ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/    Matthew B. Crane
Matthew B. Crane